STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
LISA M. SIMONETTI (State Bar No. 165996)
A.R. KACHADOORIAN (State Bar No. 240601)
2029 Century Park East
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile:  310-556-5959

Attorneys for Defendants
  CITIGROUP INC. and CITIBANK, N.A., for itself
  and as successor to CITIBANK (WEST), FSB,
  and CITIBANK F.S.B.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MIKE AMRHEIN,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITIBANK INC., CITIBANK (WEST) FSB, CITIBANK, N.A. AND CITIBANK F.S.B., and DOES 1-125,<br><br>        Defendants. | Case No. CV-08-5101-SBA<br><br>[Assigned to the Hon. Saundra B. Armstrong]<br><br>**STIPULATION AND  ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT** |

STIPULATION AND [PROPOSED] ORDER
Case No. CV-08-5101-SBA

LA 51118980

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

# STIPULATION

WHEREAS, plaintiff Mike Amrhein ("Plaintiff") filed his Class Action Complaint (the "Complaint") on or about November 7, 2008;

WHEREAS, defendants Citigroup Inc. and Citibank, N.A., for itself and as successor to Citibank (West), FSB, and Citibank F.S.B. (together, "Defendants"), executed a Waiver of the Service of Summons on December 4, 2008;

WHEREAS, on January 26, 2009, the parties filed a stipulation extending the date by which Defendants must respond to the Complaint by a period of two weeks, from January 30, 2009 to February 13, 2009;

WHEREAS, Plaintiff has advised that he intends to submit an amended Complaint to the Court within the next two weeks, adding one or more new plaintiffs and new allegations;

WHEREAS, pursuant to Local Rules 6-1(b) and 6-2, the parties may request an order altering a date that involves papers required to be filed with the Court;

WHEREAS, filing a response to the original Complaint will result in unnecessary duplication and expenditure of resources as the filing of an amended Complaint will renew Defendants' obligation to prepare and file a response;

WHEREAS, in light of the foregoing, the parties have agreed to extend the time in which Defendants must respond to the original Complaint for thirty (30) days past the present deadline of February 13, 2009, to and including March 16, 2009; and

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

//
//
//

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendants' time to respond to the original Complaint hereby is extended for a period of thirty (30) days, to and including March 16, 2009.

IT IS SO STIPULATED.

Dated:  February 5, 2009

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
A. R. KACHADOORIAN

By:      */s/ Lisa M. Simonetti*
                Lisa M. Simonetti

Attorneys for Defendants
   CITIGROUP INC. and CITIBANK, N.A., for
   itself and as successor to CITIBANK
   (WEST), FSB, and CITIBANK F.S.B.

Dated:  February 5, 2009

MCCUNE & WRIGHT, LLP
RICHARD D. MCCUNE
JAE (EDDIE) K. KIM

By:      */s/ Richard D. McCune*
                Richard D. McCune

Attorneys for Plaintiff
   MIKE AMRHEIN

# ORDER

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that:

Defendants' time to respond to the Complaint hereby is extended for a period of thirty (30) days, to and including March 16, 2009.

IT IS FURTHER ORDERED THAT the Case Management Conference, currently set for **February 26, 2009, at 3:15 p.m. is CONTINUED to April 15, 2009, at 2:45 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

DATED: 2/6/09

_____
The Honorable Saunda B. Armstrong
United States District Judge