| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| | JULIA B. STRICKLAND (State Bar No. 083013) |
| 2 | LISA M. SIMONETTI (State Bar No. 165996) |
| | A.R. KACHADOORIAN (State Bar No. 240601) |
| 3 | 2029 Century Park East |
| | Los Angeles, California  90067-3086 |
| 4 | Telephone: 310-556-5800 |
| | Facsimile:  310-556-5959 |
| 5 | |
| | Attorneys for Defendants |
| 6 |   CITIGROUP INC. and CITIBANK, N.A., for itself |
| |   and as successor to CITIBANK (WEST), FSB, |
| 7 |   and CITIBANK F.S.B. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| MIKE AMRHEIN, | ) | Case No. CV-08-5101-SBA |
| | ) | |
| Plaintiff, | ) | [Assigned to the Hon. Saundra B. Armstrong] |
| | ) | |
| vs. | ) | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT** |
| | ) | |
| CITIBANK INC., CITIBANK (WEST) FSB, CITIBANK, N.A. AND CITIBANK F.S.B., and DOES 1-125, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

STIPULATION AND [PROPOSED] ORDER
Case No. CV-08-5101-SBA

LA 51129095

# STIPULATION

WHEREAS, plaintiff Mike Amrhein ("Plaintiff") filed his Class Action Complaint (the "Complaint") on or about November 7, 2008;

WHEREAS, defendants Citigroup Inc. and Citibank, N.A., for itself and as successor to Citibank (West), FSB, and Citibank F.S.B. (together, "Defendants"), executed a Waiver of the Service of Summons on December 4, 2008;

WHEREAS, on January 26, 2009, the parties filed a stipulation extending the date by which Defendants must respond to the Complaint by a period of two weeks, from January 30, 2009 to February 13, 2009;

WHEREAS, Plaintiff advised that he intended to submit an amended Complaint to the Court, in February or early March, adding one or more new plaintiffs and new allegations;

WHEREAS, on February 5, 2009, the parties filed a stipulation to further extend the time in which Defendants must respond to the Complaint to March 16, 2009, which the Court granted;

WHEREAS, pursuant to Local Rules 6-1(b) and 6-2, the parties may request an order altering a date that involves papers required to be filed with the Court;

WHEREAS, as of March 16, 2009, Plaintiff needs an additional week to amend the Complaint;

WHEREAS, Defendants indicated that they will need until April 6, 2009 to submit their responsive pleading to the amended complaint, or to the original Complaint if an amended complaint is not filed as of March 23, 2009;

WHEREAS, in light of the foregoing, the parties have agreed to extend the time in which Defendants must respond to the original Complaint for twenty-one (21) days past the present deadline of March 16, 2009, to and including April 6, 2009; and

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

//
//
//

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendants' time to respond to the original Complaint hereby is extended for a period of twenty-one (21) days, to and including April 6, 2009.

IT IS SO STIPULATED.

Dated: March 16, 2009

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
A. R. KACHADOORIAN

By:        */s/ Lisa M. Simonetti*
            Lisa M. Simonetti

Attorneys for Defendants
   CITIGROUP INC. and CITIBANK, N.A., for itself and as successor to CITIBANK (WEST), FSB, and CITIBANK F.S.B.

Dated: March 16, 2009

MCCUNE & WRIGHT, LLP
RICHARD D. MCCUNE
JAE (EDDIE) K. KIM

By:        */s/ Richard D. McCune*
            Richard D. McCune

Attorneys for Plaintiff
   MIKE AMRHEIN

# ORDER

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that:

The time for defendants Citigroup Inc. and Citibank, N.A., for itself and as successor to Citibank (West), FSB, and Citibank F.S.B., to respond to the amended or original Complaint hereby is extended to and including April 6, 2009.

IT IS SO ORDERED.

DATED: 3/27/09

_____
The Honorable Saunda B. Armstrong
United States District Judge

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51129095

- 3 -

STIPULATION AND [PROPOSED] ORDER
Case No. CV-08-5101-SBA